# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:15CR00189-01 SWW |
| | * | |
| RODREK HILL | * | |
| | * | |

## ORDER

On October 28, 2020, the Court held a hearing on the United States' superseding motion [ECF No. 54] to revoke the supervised release previously granted Defendant. Defendant was present for the hearing. Also present was Defendant's attorney, Erin Cassinelli, and Assistant United States Attorney Stacy R. Williams was present for the government. Based on the testimony of witnesses and statements of counsel, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the United States' superseding motion to revoke supervised release [ECF No. 54] is **GRANTED**, and the supervised release previously granted this defendant is hereby **REVOKED**.

IT IS FURTHER ORDERED that Defendant shall serve a *term of imprisonment of six (6) MONTHS* in the custody of the Bureau of Prisons. There will be *NO* term of supervised release following the term of incarceration. The

1

Court recommends that defendant be incarcerated at FCI Forrest City, Arkansas or FCI Texarkana, Texas and that he participates in non-residential substance abuse treatment or programs during incarceration.

 IT IS FURTHER ORDERED that Defendant is eligible to self-report to the designated facility on ***Monday, January 4, 2021 by noon***.  All conditions of supervised release previously imposed remain in full force and effect, and violation of those conditions will result in Defendant's immediate detention.

 IT IS SO ORDERED THIS 28TH  DAY OF OCTOBER, 2020.

        <u>/s/Susan Webber Wright</u>
        UNITED STATES DISTRICT JUDGE